IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN EVERETT KELSEY,

        Plaintiff,                    No. CIV S-07-0665 MCE EFB P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.            ORDER

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff has notified the Clerk of the Court of his intent to voluntarily dismiss this action. Plaintiff's complaint was dismissed with leave to amend by order filed December 5, 2007, and no defendants have been served. A plaintiff may dismiss an action without a court order at any time before defendants serve an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Defendants have not answered or moved for summary judgment. Therefore, plaintiff's dismissal will be entered.

       Plaintiff also requests that the court order the California Department of Corrections and Rehabilitation to not collect the filing fee assessed in this case. Plaintiff incurred the obligation

/////

1 to pay this filing fee when his request to proceed *in forma pauperis* was granted[1]; therefore, that
2 request will be denied.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1. Plaintiff's December 13, 2007, request for voluntary dismissal of this action is
5 granted;
6      2. Plaintiff's December 13, 2007, request to be relieved of the obligation to pay the filing
7 fee assessed in this action is denied; and
8      3. The Clerk of the Court is directed to close the case.
9 Dated: December 18, 2007.

                  EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE

---

[1] See the court's order filed December 5, 2007.